IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LOLA SIMS,

     Appellant,

v.

U.S. BANK, NATIONAL
ASSOCIATION, AS TRUSTEE
FOR THE
CERTIFICATEHOLDERS OF
THE SARM 2005-16XS TRUST
FUND,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4251

Opinion filed May 5, 2016.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

Parker B. Smith, Destin, for Appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Celia C. Falzone of Akerman LLP, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.